UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00140-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    **LUCIO VAZQUEZ**,
2.    SAMUEL RETANO-GRADILLA,
    a/k/a "Tejon",
    a/k/a Tejas",
3.    JAMIE UPCHURCH,
4.    JULIO GARCIA-ALVARADO,
5.    VINCENT DUVALL,
6.    PEDRO GUILLEN-ORTIZ,
7.    CARLOS FRANCISCO FELIX-HERNANDEZ,

       Defendants.

---

## ORDER AND NOTICE OF CHANGE OF PLEA AND SENTENCING HEARINGS

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#186)** on October 22, 2011, by Defendant Lucio Vazquez. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

    **IT IS THEREFORE ORDERED** that:

1.    Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2.    A Change of Plea hearing is set for **December 20, 2011,** at **9:00 a.m.** and the Sentencing hearing is set for **March 12, 2012**, at **9:00 a.m.** in the United States

District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S.

Courthouse, 901 19th Street, Denver, Colorado.[1]

3.      The motion hearing set for December 27, 2011, and the January 17, 2012, trial

date are **VACATED** as to this Defendant.

Dated this 26th day of October, 2011.

**BY THE COURT:**

_Marcia S. Krieger_

_____

Marcia S. Krieger
United States District Judge

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*