UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00140-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     LUCIO VAZQUEZ,
2.     SAMUEL RETANO-GRADILLA,
       a/k/a "Tejon",
       a/k/a Tejas",
3.     JAMIE UPCHURCH,
4.     JULIO GARCIA-ALVARADO,
**5.**     **VINCENT DUVALL**,
6.     PEDRO GUILLEN-ORTIZ,
7.     CARLOS FRANCISCO FELIX-HERNANDEZ,

        Defendants.

---

## ORDER EXONERATING BOND

---

       This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

       **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

       **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED this 19th day of April, 2012.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge