IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: May 21, 2012
Court Reporter: Paul Zuckerman
Probation Officer: Gary Kruck
Interpreter: Susanna Cahill

Criminal Action No. 11-cr-00140-MSK

*Parties*:                                          *Counsel*:

UNITED STATES OF AMERICA,            Susan Knox

    Plaintiff,

v.

JULIO GARCIA-ALVARADO,               Thomas Ward

    Defendant.

---

### SENTENCING MINUTES
---

**9:11 a.m.    Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on January 19, 2012. Defendant pled guilty to Count 1 of the Information**.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #303)**.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #304)** Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. Argument made by (The Government) (defense counsel)

**ORDER:** The Government's Motion for Downward Departure **(Doc. #303)** is **GRANTED.**

**ORDER:** Defendant's Motion for Non-Guideline Sentence **(Doc. #304)** is **GRANTED.** The Attachments 1, 2 and 3 to this motion shall be **SEALED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:40 a.m.** **Court in recess.**

Total Time: 29 minutes.
Hearing concluded.